**Order entered November 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00817-CV

**ANUBIS PICTURES, LLC AND CMA FILMS, LLC, Appellants**

**V.**

**PHILCO FILMS PRODUCTIONS, LTD., ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17579**

## ORDER

By postcard dated October 17, 2019, we directed court reporter Sheretta L. Martin to file, within thirty days, the reporter's record, written verification no hearings were recorded, or written verification appellant had not requested the record. To date, Ms. Martin has not complied. Accordingly, we **ORDER** Ms. Martin to file either the reporter's record or requested verification no later than December 10, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Martin and the parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE